**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------- x

| | |
|---|---|
| **YISROEL MEIR LEEDER** | Civil Action No. 3:18-cv-12384-AET-BRM |
| Plaintiff, | |
| | **REQUEST TO ENTER DEFAULT** |
| - against - | |
| **MOSHE FEINSTEIN A/K/A MOE FEINSTEIN; SHLOMO YEHUDA FEINSTEIN ARON WASSERLAUF A/K/A MR. WASSER; KASTNER'S MARKET; KOSHER DELIGHT LLC; DOUBLE DECKER DELI, LLC; CAPRI RISTORANTE LLC; 726 41ST LLC; GROUP EIGHTEEN, INC; AM DISPLAY DIST. INC.; UHCS, INC; CARLOS & GABBY'S MIAMI; AMBER CAPITAL; IADVANCEU LLC; AYN OD MILVADO LLC; NISSIM OHAYON; CHAVIVA FEINSTEIN; SAPPHIRE FUNDING LLC; LIAM DOE; JOHN DOES 1-30;** | |
| Defendants    : . | |

---------------------------------------------------------------- x

To the Clerk of the United States District Court for the District of New Jersey:

You will please enter the Default of the Defendants Moe Feinstein; Amber Capital;

Iadvanceu LLC; and Chaviva Feinstein for failure to plead or otherwise defend as

1

provided by Rule 12, of the Federal Rules of Civil Procedure as set forth in the

Declaration of Avram E. Frisch, attorney for Plaintiff, attached hereto.

                                  THE LAW OFFICE OF AVRAM E. FRISCH LLC
                                  *Attorney for plaintiff*


                                BY:_____/s/Avram E. Frisch_____
Dated: September 17, 2018             Avram E. Frisch, Esq.
                                      1 University Plaza, Suite 119
                                      Hackensack, NJ 07601
                                      201-289-5352

**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------- x

**YISROEL MEIR LEEDER**

                                Plaintiff,

- against -

**MOSHE FEINSTEIN A/K/A MOE FEINSTEIN; SHLOMO YEHUDA FEINSTEIN ARON WASSERLAUF A/K/A MR. WASSER; KASTNER'S MARKET; KOSHER DELIGHT LLC; DOUBLE DECKER DELI, LLC; CAPRI RISTORANTE LLC; 726 41ST LLC; GROUP EIGHTEEN, INC; AM DISPLAY DIST. INC.; UHCS, INC; CARLOS & GABBY'S MIAMI; AMBER CAPITAL; IADVANCEU LLC; AYN OD MILVADO LLC; NISSIM OHAYON; CHAVIVA FEINSTEIN; SAPPHIRE FUNDING LLC; LIAM DOE; JOHN DOES 1-30;**

                                Defendants

Civil Action No. 3:18-cv-12384-AET-BRM

**DECLARATION OF AVRAM E. FRISCH IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST MOE FEINSTEIN; AMBER CAPITAL; IADVANCEU LLC; CHAVIVA FEINSTEIN**

-------------------------------------------------------------- x

Avram E. Frisch, Esq of full age, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

3

1. I am an attorney at law licensed to practice in the State of New Jersey and admitted to practice before this Court, and I represent Plaintiff in the instant matter. I make this declaration in support of Plaintiff's Request to Enter Default against Feinstein.

2. On August 23, 2018, Moe Feinstein; Amber Capital; Iadvanceu LLC; and Chaviva Feinstein was served as evidenced by the return of service filed on the Court's electronic docket. See Docket entries 15-18.

3. These defendants have failed to answer or otherwise respond to the Complaint.

4. Accordingly, Plaintiff respectfully requests that a default be entered by the Clerk against these defendants.


Dated: September 17, 2018

      /s/ Avram E. Frisch
Avram E. Frisch
Attorney for Plaintiff