RECEIVED
NOV 02 2018
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YISROEL MEIR LEEDER,<br>Plaintiff,<br>v.<br>MOSHE FEINSTEIN A/K/A MOE FEINSTEIN; SHLOMO YEHUDA FEINSTEIN ARON WASSERLAUF A/K/A MR. WASSER; KASTNER'S MARKET; KOSHER DELIGHT LLC; DOUBLE DECKER DELI, LLC; CAPRI RISTORANTE LLC; 726 41ST LLC; GROUP EIGHTEEN, INC; AM DISPLAY DIST. INC.; UHCS, INC; CARLOS & GABBY'S MIAMI; AMBER CAPITAL; IADVANCEU LLC; AYN OD MILVADO LLC; NISSIM OHAYON; CHAVIVA FEINSTEIN; SAPPHIRE FUNDING LLC; LIAM DOE; JOHN DOES 1-30,<br>Defendants. | Case No. 3:18-CV-12384- BRM-DEA<br><br>**CONSENT ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J. |

**THIS MATTER** having been opened to the court by the application of Sragow & Sragow, attorneys for defendants Aron Wasserlauf A/K/A Mr. Wasser; Kastner's Market; Kosher Delight LLC; Double Decker Deli, LLC; Capri Ristorante LLC; 726 41st LLC; Group Eighteen, Inc; Am Display Dist. Inc.; UHCS, Inc; and Carlos & Gabby's Miami, ("Wasserlauf Defendants"), for the entry of a Consent Order extending the time in which the Wasserlauf Defendants may answer or otherwise move with respect to the Complaint in the above matter to Thursday, November 19, 2018, and it appearing by the signature of their counsel hereon, that the Wasserlauf Defendants and the Plaintiff have consented to the form and entry of this Order;

**IT IS** on this 5th day of November, 2018,

**ORDERED** that the time in which Defendants may answer or otherwise move with respect to the Complaint in the above matter is extended to November 19, 2018.

_____
Hon. Douglas E. Arpert, U.S.M.J.

The undersigned hereby acknowledge their consent to the form and entry of this Order.

| | |
|---|---|
| The Law Office Of Avram E. Frisch LLC<br>Attorneys for Plaintiff | Sragow & Sragow<br>Attorneys for Defendants |
| By: /s/ Avram E. Frisch | By: /s/ Allen P. Sragow |
| Dated: November 1, 2018 | Dated: November 1, 2018 |