| | |
|---|---|
| **YISROEL MEIR LEEDER,** | : |
| | : **UNITED STATES DISTRICT COURT** |
| **Plaintiff,** | : **DISTRICT OF NEW JERSEY** |
| | : |
| v. | : **Civil Action No. 18-12384 (BRM)** |
| | : |
| **MOSHE FEINSTEIN, et al.,** | : **ORDER** |
| | : |
| **Defendants.** | : |

**THIS MATTER** having come before the Court for a telephone status conference on December 18, 2018; and good cause appearing for the entry of this Order:

**IT IS on this 18th day of December, 2018**

**ORDERED THAT:**

1. Having previously vacated the default against Defendant Moshe Feinstein [ECF No. 51], the time within which Defendant Feinstein must respond to Plaintiff's Verified Complaint is extended to January 4, 2019.

s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**