UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
YISROEL MEIR LEEDER                 :
:  Civil Action No. 3:18-cv-12384-BRM-DEA
    Plaintiff,           :
:
v.                                  :
:
:  **ORDER**
:
MOSHE FEINSTEIN; SHLOMO             :
YEHUDA FEINSTEIN; ARON              :
WASSERLAUF; KASTNER'S               :
MARKET; KOSHER DELIGHT LLC;         :
DOUBLE DECKER DELI, LLC;            :
CAPRI RISTORANTE LLC; 726 41ST      :
LLC; GROUP EIGHTEEN, INC; AM        :
DISPLAY DIST. Inc.; UHCS, INC;      :
CARLOS & GABBY'S MIAMI; AMBER       :
CAPITAL; IADVANCEU LLC; AYN OD      :
MILVADO LLC; NISSIM OHAYON;         :
CHAVIVIA FEINSTEIN; SAPPHIRE        :
FUNDING LLC; LIAM DOE; JOHN         :
DOES 1-30; PROVIDE OTHERS           :
:
    Defendants.          :
_____:

**THIS MATTER** is opened to the Court by: (1) Defendants Shlomo Feinstein ("Shlomo")[1] and Sapphire Funding LLC ("Sapphire") (collectively, the "Shlomo Defendants") Motoin to Dismiss Plaintiff Yisroel Meir Leeder's ("Leeder" or "Plaintiff") Complaint (the "Complaint") (ECF No. 46); (2) Defendants Defendants Aron Wasserlauf ("Wasserlauf"), 726 41st LLC ("726 41st"), Am Display Dist., Inc. ("Am Display"), Capri Ristorante LLC ("Capri"), Carlos & Gabby's Miami ("Carlos & Gabby's"), Double Decker Deli LLC ("Double Decker"), Group Eighteen Inc. ("Group Eighteen"), Kastner's Market ("Kastner's"), and Global Delight LLC ("Global Delight")

---

[1] As there are several defendants sharing the last name Feinstein, for the purpose of clarity, this Court refers to each defendant by their first name. The Court intends no disrespect in so proceeding.

(collectively, the "Wasserlauf Defendants") Motion to Dismiss the Complaint (ECF No. 50); and (3) Defendants Chaviva Feinstein ("Chaviva") and Moshe Feinstein ("Moshe") Motion to Dismiss the Complaint or for an order referring the matter to a Beis Din (ECF No. 61). Having reviewed the parties' submissions submitted in connection with the motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 28th day of June 2019,

**ORDERED** that the Shlomo Defendants' Motion to Dismiss (ECF No. 46) is **GRANTED**; and it is further

**ORDERED** that the Wasserlauf Defendants' Motion to Dismiss (ECF No. 50) is **GRANTED**; and it is further

**ORDERED** that Moshe and Chaviva's Motion to Dismiss (ECF No. 61) is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Moshe and Chaviva's Motion to Transfer the Matter to a Beis Din is **DENIED**; and it is finally

**ORDERED** that Plaintiff shall have thirty (30) days from the date of this Opinion and Order to file an Amended Complaint curing any deficiencies addressed in the Opinion.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**