UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YISROEL MEIR LEEDER,<br><br>       Plaintiff,<br><br>    -against-<br><br>MOSHE FEINSTEIN A/K/A MOE FEINSTEIN; SHLOMO YEHUDA FEINSTEIN; ARON WASSERLAUF A/K/A MR. WASSER; KASTNER'S MARKET; KOSHER DELIGHT LLC; DOUBLE DECKER DELI, LLC; CAPRI RISTORANTE LLC; 726 41st LLC; GROUP EIGHTEEN, INC; AM DISPLAY DIST. INC.; UHCS, INC; CARLOS & GABBY'S MIAMI; AMBER CAPITAL; IADVANCEU LLC; AYN OD MILVADO LLC; NISSIM OHAYON; CHAVIVA FEINSTEIN; SAPPHIRE FUNDING LLC; LIAM DOE; JOHN DOES 1-30,<br><br>       Defendants. | 3:18-CV-12384 (BRM) (DEA) |

## **STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

It is hereby stipulated and agreed, by and between the undersigned parties, through their respective counsel, that the following claims for relief asserted by plaintiff Yisroel Meir Leeder against defendants Nissim Ohayon and Ayn Od Milvado LLC are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

  Count One (RICO);
  Count Three (NJ RICO);
  Count Five (Breach of Contract); and
  Count Six (Book Account)

This stipulation is without prejudice and shall not affect the other claims for relief asserted by any party in this action.

Dated: May 11, 2020

| | |
|---|---|
| THE LAW OFFICE OF AVRAM E. FRISCH LLC<br>*Attorneys for Plaintiff* | FRYMAN PC<br>*Attorneys for Defendants Nissim Ohayon and Ayn Od Milvado LLC* |
| By:*/s/ Avram E. Frisch*<br>Avram E. Frisch<br>1 University Plaza, Suite 119<br>Hackensack, NJ 07601<br>(T) 201-289-5352<br>(F) 866-883-9690<br>frischa@avifrischlaw.com | By:_____<br>David J. Fryman<br>10 E Merrick Rd., Suite 305<br>Valley Stream, NY 11580<br>(T) 516-714-4147<br>(F) 518-670-0117<br>dfryman@frymanpc.com |

"SO ORDERED."

Date: 6/4/2020

BRIAN R. MARTINOTTI, U.S.D.J.