

**THE LAW OFFICE OF**
**AVRAM E. FRISCH LLC**

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ. Mail to NJ address.

June 11, 2020

Hon. Douglas Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
dea_orders@njd.uscourts.gov

**Via Electronic Mail**

RECEIVED
JUN 11 2020
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

Re:   Leeder v. Feinstein et al.  3:18-cv-12384-BRM-DEA

Dear Judge Arpert:

As you are aware, this firm represents Yisroel Meir Leeder, plaintiff in the above referenced action. I write to advise the Court of the failure of Moshe and Chaviva Feinstein to respond to any discovery demands served upon them. As discussed at our last conference, these demands were served on Mr. Feinstein by email and mail and on Mrs. Feinstein by first class mail. The demands were served on May 7, 2020, and the time for responses has thus passed.

As you had directed at our conference, I am requesting that the Court enter an order compelling responses by a date certain or suffer the consequences of their failure.

Very truly yours,

Avram E. Frisch

Cc: Moe and Chaviva Feinstein (via email and First Class Mail)
David Fryman

201.289.5352   •   866.883.9690   •   frischa@avifrischlaw.com   •   www.avifrischlaw.com