| | |
|---|---|
| **YISROEL MEIR LEEDER,**  Plaintiff,  v.  **MOSHE FEINSTEIN, et al.,**  Defendants. | : UNITED STATES DISTRICT COURT  : DISTRICT OF NEW JERSEY  :  : Civil Action No. 18-12384 (BRM)  :  : <u>ORDER</u>  : |

**THIS MATTER** having come before the Court on an informal application to compel Defendants Moshe and Chaviva Feinstein to respond to Plaintiff's discovery demands served on May 7, 2020 [See Plaintiff's letter to the Court dated June 11, 2020; and Defendants having responded to Plaintiff's application in two emails dated June 11, 2020; the Court; and good cause appearing for the entry of this Order:

**IT IS** on this 16th day of June, 2020

**ORDERED THAT:**

1. Defendants Moshe Feinstein and Chaviva Feinstein must serve responses to Plaintiff's discovery demands which were served on May 7, 2020, no later than **July 3, 2020.**

2. The Court will conduct a telephone status conference **on July 6, 2020 at 3:00 PM.** Plaintiff's counsel must initiate the call to 609-989-2144.

3. <u>**Defendants Moshe Feinstein and Chaviva Feinstein are advised that failure to appear for future conferences, or to comply with the terms of this or any Court Order, may result in the imposition of sanctions.**</u>

4. Counsel for Plaintiff must serve a copy of this Order on Defendants Moshe Feinstein and Chaviva Feinstein by regular U.S. mail within 5 days of the filing hereof.

                                                                 s/ Douglas E. Arpert  
                                                              **DOUGLAS E. ARPERT**  
                                                              **United States Magistrate Judge**