| | |
|---|---|
| From: | Moe Feinstein |
| To: | NJDdb_ORDERS_Arpert |
| Subject: | Please lmk |
| Date: | Monday, July 06, 2020 4:40:09 PM |
| Attachments: | image0.png |



I waited on phone hour no one picked up can I be updated should I call Back