# Jessica Biamonte

| | |
|---|---|
| **From:** | Moe Feinstein <moefeinstein@yahoo.com> |
| **Sent:** | Friday, July 03, 2020 12:42 AM |
| **To:** | NJDdb_ORDERS_Arpert |
| **Subject:** | Extension |

Please  may  the court give me more time I had a lot going on and not caught up to where needs to be I still working on hiring a lawyer . It's very hard from here to do that I found one I need to speak with him this week and may even need two  if I get one to because I tried to understand what's needed and I don't so please as much time as possible I want to be prepared when we talk next  .