# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: September 8, 2020**
**MAGISTRATE JUDGE DOUGLAS E. ARPERT**
**COURT REPORTER: Digitally recorded**

**TITLE OF CASE:**  **CIVIL 18-12384(BRM)**

YISROEL MEIR LEEDER
V.
MOSHE FEINSTEIN

**APPEARANCES:**
Avram Frisch, Esq., for plaintiff
David Fryman, Esq., for defendants AYN OD MILVADO and NISSIM OHAYON

**NATURE OF PROCEEDINGS:**

Telephone Status Conference held.
Application re: sanctions against FEINSTEIN defendants.
Ordered application granted.
Order to follow.

**TIME COMMENCED: 3:52pm**
**TIME ADJOURNED:   4:04pm**
**TOTAL TIME:   12 minutes**

                                                **s/Elizabeth Beres**
                                                **Deputy Clerk**